UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DIANA KARINA MENDOZA-BARRETO**
**(A# 245-161-692), individually and as parent and**
**Next Friend of L.J.M.B. (A#245-161-696), a minor,**[1]

*Petitioners*,

v.                                                         Case No. 5:26-CV-0045-JKP

**KRISTI NOEM, Secretary of the**
**Department of Homeland Security, et al.,**

*Respondents*.

### ORDER OF DISMISSAL

Before the Court is a Motion for Temporary Restraining Order (ECF No. 2) filed by Petitioners and Respondents' Advisory (ECF No. 6). Respondents inform the Court that both Petitioners were released as of January 19, 2026. They contend that the instant habeas action is now moot. With Petitioners' release from detention, the Court **MOOTS** the motion and **MOOTS** this habeas action. **The Clerk of Court shall close this case**.

**IT IS SO ORDERED this 23rd day of January 2026.**

JASON PULLIAM
UNITED STATES DISTRICT JUDGE

---

[1] The Court uses only the initials for the minor petitioner who is fully identified in the filed habeas petition.